
FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

OCT 28 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 02629 BnB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MYRA LOYA, and
MANUEL LOYA,

    Plaintiffs,

v.

ADAMS COUNTY BOCC,
ROBERT S. HYATT,
LEONARD HUSKEY,
WEST METRO DRUG TASK FORCE,
OFFICER ROUBIDOUX,
UNKNOWN DEFENDANT 1 (IMPOUND), and
UNKNOWN DEFENDANT 2 (WMDTF OFFICER),
Are Being Sued Jointly and Severally, in Their Individual and Official Capacity,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCY

---

Plaintiffs have submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Complaint, Summonses, a "Motion to Proceed In Forma Pauperis" and a "Notice of Adjudication, Tempory [sic] Restraining Order and Hearing for Preliminary Injuction [sic]." As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiffs will be directed to cure the following if they wishes to

pursue their claims. Any papers which the Plaintiffs file in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) __X__ is not submitted **(Each Plaintiff must submit his or her own § 1915 Motion.)**
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiffs
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) __X__ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) __X__ other: **Motions are necessary only if $350.00 filing fee is not paid in advance.**

**Complaint or Petition:**
(10) ___ is not submitted
(11) __X__ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiffs
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiffs file in response to this order must include the civil action number on this order. It is

2

FURTHER ORDERED that the clerk of the court mail to the Plaintiffs, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint. It is

FURTHER ORDERED that, if either Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, that Plaintiff will be dismissed as a party to this action without further notice. It is

FURTHER ORDERED that, if the Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 27TH day of October, 2010.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 10 — CV — 02629

Myra Loya
11701 N. Washington
Apt. 1202
Northglenn, CO 80233

Manuel Loya
11701 N. Washington
Apt. 1202
Northglenn, CO 80233

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to the above-named individuals on __10/28/10__

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk