IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-02629-ZLW-KMT

MYRA LOYA, and
MANUEL LOYA,

    Plaintiffs,

v.

LEONARD HUSKEY,
OFFICER ROUBIDOUX, and
UNKNOWN DEFENDANT 2 (WMDTF OFFICER),

    Defendants.

ORDER

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case.  Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this   2nd   day of December, 2010.

    BY THE COURT:

    *Zita Leeson Weinshienk*
    _____
    ZITA LEESON WEINSHIENK, Senior Judge
    United States District Court