IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02629–CMA–KMT

MYRA LOYA, and
MANUEL LOYA,

    Plaintiffs,

v.

LEONARD HUSKEY,
OFFICER ROUBIDOUX, and
UNKNOWN DEFENDANT 2 (WMDTF OFFICER), are being sued jointly and severally, in their Individual and Official Capacity,

    Defendants.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Petition for Injunction and Temporary Restraining Order" (Doc. No. 22, filed December 22, 2010). The document, together with Doc. No. 23, is identical to Doc. No. 5 filed October 28, 2010, which this court has construed as a motion a temporary restraining order and a preliminary injunction and which this court has already addressed in its Minute Order dated December 22, 2010. Therefore, Plaintiff's newly-filed "Petition for Injunction and Temporary Restraining Order" (Doc. No. 22) is DENIED as moot.

Dated: January 3, 2011