IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10–cv–02629–WJM–KMT

MYRA LOYA, and
MANUEL LOYA,

    Plaintiffs,

v.

LEONARD HUSKEY,
OFFICER ROUBIDOUX, and
UNKNOWN DEFENDANT 2 (WMDTF OFFICER), are being sued jointly and severally,
in their Individual and Official Capacity,

    Defendants.

## ORDER ADOPTING APRIL 22, 2011 RECOMMENDATION
## OF MAGISTRATE JUDGE

    This matter is before the Court on the April 22, 2011 Recommendation by Magistrate Judge Kathleen M. Tafoya (ECF No. 30) that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) based on Plaintiffs' failure to serve the Complaint in this case.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised Plaintiffs that specific written objections were due within fourteen days after being served with a copy of the Recommendation.  (ECF No. 30 at 5-6.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed.  "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate."

1

*Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

The Court concludes the Magistrate Judge's analysis and recommendation is correct and "there is no clear error on the face of the record." Fed. R. Civ. P. 72 Advisory Committee's Note. Therefore, the Court ADOPTS the Recommendation of the United States Magistrate Judge as the findings and conclusion of this Court.

Accordingly, it is hereby ORDERED that the Recommendation of the United States Magistrate Judge (ECF No. 30), filed April 22, 2011, is APPROVED, and, for the reasons cited therein, this case is dismissed without prejudice.

The Clerk shall close the case and enter judgment.

Dated this 27th day of May, 2011.

BY THE COURT:

William J. Martínez
United States District Judge